# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: 1:19-cr-00291-05-JPB-JKL |
| | USM Number: N/A |
| STAR TRADE INTERNATIONAL, LLC | |
| | <u>Donald Franklin Samuel</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

The defendant pleaded guilty to count 1.

The defendant is adjudicated guilty of the offense:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 50 U.S.C. § 1705 | CONSPIRACY TO VIOLATE THE INTERNATIONAL EMERGENCY ECONOMIC POWERS ACT | 08/06/19 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

11/3/2022
Date of Imposition of Judgment

*[signature]*
Signature of Judge

J. P. BOULEE, U. S. DISTRICT JUDGE
Name and Title of Judge

11/4/2022
Date

Judgment in a Criminal Case
Sheet 4 -- Probation

# PROBATION

You are hereby sentenced to probation for a term of: **ONE YEAR as to Count 1.**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## SPECIAL CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following special conditions of supervision.

The defendant, through its representative, Yan Orjoux, shall make periodic submissions to the court through the probation officer on at least a quarterly basis, reporting on the organization's financial condition and results of business operations, if any.

The defendant shall submit to (A) a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the Court; and (B) interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the Court shall be paid by the organization.

The defendant shall notify the court or probation officer immediately upon learning of (A) any material adverse change in its business or financial conditions or prospects, or (B) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiries by governmental authorities regarding the organization.

The defendant shall pay any financial penalty imposed by this judgment. Any portion of the financial penalty that is not paid in full at the time of sentencing shall become a condition of supervision.

An export compliance agreement must be entered within three months of entry of judgment.

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

**Special Assessment**

TOTAL $400.00

**Fine**

TOTAL $150,000.00

The fine should be paid to the Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303.

Judgment in a Criminal Case
Sheet 6 -- Schedule of Payments

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. ☐ Lump sum payment of $ due immediately, balance due:
   ☐ not later than _____, or
   ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B. ☐ Payment to begin immediately (may be combined with: ☐ C, ☐ D, or ☐ F below): or

C. ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ *(e.g., months or years)*, to commence _____ days *(e.g., 30 or 60 days)* after the date of this judgment; or

D. ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $_____ over a period of _____ *(e.g., months or years)*, to commence _____ days *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. ☐ Payment during the term of supervised release will commence within _____ days *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F. ☒ Special instructions regarding the payment of criminal monetary penalties: Defendant must pay $50,000.00 by December 3, 2022, and $5,000.00 each month thereafter until the fine is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.